Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

**FILED**
JAN 0 6 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

Case No. 1:22 CV 0024
*(to be filled in by the Clerk's Office)*

**JUDGE BARKER**

**MAG. JUDGE GREENBERG**

April J. McKenzie-Hall
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Kamala Harris,
Joe Biden
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non–Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: April J. McKenzie-Hall
Address: 1550 Knuth Ave. Bldg. 25 apt. 256
City: Euclid
State: OH
Zip Code: 44132
County: Cuyahoga
Telephone Number: 216-889-3328
E-Mail Address: ladymckenzie66@yahoo.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Kamala Harris
Job or Title (if known): Vice President
Address: White House DC → 1600 Pennsylvania Ave. NW
City: Washington
State: WDC
Zip Code: 20500

County:
Telephone Number:
E-Mail Address (if known):

[✓] Individual capacity  [ ] Official capacity

Defendant No. 2
Name: Joe Biden
Job or Title (if known): President of USA
Address: White House DC → 1600 Pennsylvania Ave.
City: Washington DC
State: DC
Zip Code: NW 20500

County:
Telephone Number:
E-Mail Address (if known):

[✓] Individual capacity  [ ] Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3
Name: N/A
Job or Title *(if known)*:
Address:
City / State / Zip Code
County:
Telephone Number:
E-Mail Address *(if known)*:

☐ Individual capacity  ☐ Official capacity

Defendant No. 4
Name: N/A
Job or Title *(if known)*:
Address:
City / State / Zip Code
County:
Telephone Number:
E-Mail Address *(if known)*:

☐ Individual capacity  ☐ Official capacity

II. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Human Rights are being violated. Civil Rights are being violated. Marital Rights, Family Rights, Privacy Law and such like — Atty. needed

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Need atty.

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur? In our lives wherever we lived. We're being interfered with constantly. They won't allow Jamie to move because everyone wants to keep abusing, using & robbing him. He is not an inventor!

B. What date and approximate time did the events giving rise to your claim(s) occur? It's never stopped, but Oct. 2021; they brought another scandal using I believe gangs from Ca under Harris + Biden to break up our marriage again! This woman wants a baby by my husband. This is why Jamie's brother died!

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* They have illegal med tech in me from Head to toe, literally!!! The new medical team under this political-military team needs to be removed from our people!

Need atty, to express the rest

IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. My husband Jamie & I have been robbed since 2006 when the local war started, it tripled once I wrote Obama (2012). When the mob got involve they would take his entire pay checks including overtime pay for years. Nobody would help us. When I met up with people from White House DC, alot of diseases was placed in me like Cervical cancer, Pneumonia, brain disease etc. Even in 2012, I had people break in & place things in me. In 2019 or 2020, gangs from Ca, put 10 holes in my arm, one disease was TB. People began saying we're doing this to your whole entire family throughout USA. We never got help with Federal Abduction and don't want people help. I need money to do my own security! Gov't Brain tech need to be shut down for only a few Ohioans to see.

V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

To remove President Joe Biden, Vice President Kamala Harris totally out of our personal lives including the lives of our loved ones! They should not be able to see "brain tech" of ours including those in the White House DC. Military on past occasions will tell me what I am thinking. To have the state of Ohio-ODOT allow Euclid ODOT Yard to go back to paper checks and have their employees use a Bank, not Keybank that will protect thefts keep re-occurring. To have US Courts protect all our loved ones information in their military system. Also, to demand the removal of the entire White House DC including staff out of the control with Inventions & money accumulated, therefore I can get legal support to give them away, therefore deaths, wars, rumors & crimes associated with this can stop. My husband Will is being controlled by an "illegal oral mic" that was placed by Obama-Biden (2012) political-military team. I tried suing Obama in the past, but I didn't even receive a courtesy call from an attorney! This is how prejudice USA is! Remove FBI, all security & oral mics out of us!

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12-29-2021

Signature of Plaintiff: *April J. McKenzie-Hall*
Printed Name of Plaintiff: April J. McKenzie-Hall

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Address _____
    City / State / Zip Code
Telephone Number _____
E-mail Address _____